IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **22-21083** |
| **KIMBERLY A. BARTHELMES** | : | |
| | : | Chapter **13** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **KIMBERLY A. BARTHELMES** | : | |
| | : | |
| Movant | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __Russell A. Burdelski, Esquire__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

BANK OF AMERICA
C/O KML LAW GROUP, PC
701 MARKET ST
Philadelphia, PA 19106-1532

BANK OF AMERICA
7105 CORPORATE DRIVE
Plano, TX 75024

BANK OF AMERICA
PO BOX 31785
CORRESPONDENCE UNIT
Tampa, FL 33631

CITY & SCHOOL DISTRICT OF PITTSBURGH
C/O JORDAN TAX SERVICE
102 RAHWAY ROAD
Canonsburg, PA 15317

DUQUESNE LIGHT CO
PO BOX 371324
Pittsburgh, PA 15250-7324

**PAWB Local Form 30 (07/13)**

IRS

SPECIAL PROCEDURES BRANCH

1000 Liberty Ave

Room 727

Pittsburgh, PA 15222


PA DEPARTMENT OF REVENUE

Bankruptcy Division, PO Box 280946

Harrisburg, PA 17128-0946


PEOPLES NATURAL GAS

PO Box 644760

Pittsburgh, PA 15264


PWSA

1200 PENN AVENUE, STE 100

PENN LIBERTY PLAZA

Pittsburgh, PA 15222


By: **/s/ Russell A. Burdelski, Esquire**
 Signature
**Russell A. Burdelski, Esquire**
Typed Name
**1020 PERRY HIGHWAY**
**Pittsburgh, PA 15237**
Address
**(412) 366-1511 Fax:(412) 366-1711**
Phone No.
**72688 PA**
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**