# MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name __KIMBERLY BARTHELMES__

Case No. __22-21083-TPA__

Month __DECEMBER__    Year __2021__

<u>Gross receipts for month:</u>    $1000.00
(If more than one source, list each)

TOTAL GROSS RECEIPTS:    $ 1000.00

<u>Business expenses paid:</u>

| Description | Amount |
|---|---|
| Apple - App | 22.00 |
| Apple - App | 11.00 |
| Apple - App | 14.00 |
| Apple - App | 3.00 |

TOTAL EXPENSES:    $ 50.00

NET PROFIT OR (LOSS) FOR MONTH:    $ 950.00

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

13

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name  KIMBERLY BARTHELMES
Case No.  22-21083 TPA
Month  JANUARY                          Year  2022

Gross receipts for month:                 $1,000.00
(If more than one source, list each)

TOTAL GROSS RECEIPTS:  $ 1,000.00

Business expenses paid:
Description                 Amount
Apple - App                 22.00
Apple - App                 11.00
Apple - App                 14.00
Apple - App                 3.00

TOTAL EXPENSES:  $ 50.00

NET PROFIT OR (LOSS) FOR MONTH:  $ 950.00

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

13

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name  KIMBERLY BARTHELMES
Case No.  22-21083 TPA
Month  FEBRUARY                           Year  2022

Gross receipts for month:                 $1000.00
(If more than one source, list each)

TOTAL GROSS RECEIPTS:    $ 1,000.00

Business expenses paid:
Description                               Amount
Apple - App                               22.00
Apple - App                               11.00
Apple - App                               14.00
Apple - App                                3.00

TOTAL EXPENSES:          $ 50.00

NET PROFIT OR (LOSS) FOR MONTH:   $ 950.00

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

13

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name **KIMBERLY BARTHELMES**
Case No. **22-21083-TPA**
Month **MARCH**          Year **2022**

Gross receipts for month: **$1,000**
(If more than one source, list each)

TOTAL GROSS RECEIPTS: **$ 1,000.00**

Business expenses paid:

| Description | Amount |
|---|---|
| Apple - App | 22.00 |
| Apple - App | 11.00 |
| Apple - App | 14.00 |
| Apple - App | 3.00 |

TOTAL EXPENSES: **$ 50.00**

NET PROFIT OR (LOSS) FOR MONTH: **$ 950.00**

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

13

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name  KIMBERLY BARTHELMES
Case No.  22-21083-TPA
Month  APRIL                              Year 2022

Gross receipts for month:                 $1,000
(If more than one source, list each)

TOTAL GROSS RECEIPTS:  $ $1,000.00

Business expenses paid:
Description                               Amount
Apple-App                                 22.00
Apple-App                                 11.00
Apple-App                                 14.00
Apple-App                                 3.00

TOTAL EXPENSES:  $ 50.00

NET PROFIT OR (LOSS) FOR MONTH:  $ 950.00

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

13

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name: KIMBERLY BARTHELMES
Case No.: 22-21083-TPA
Month: MAY        Year: 2022

Gross receipts for month: $1,000.00
(If more than one source, list each)

TOTAL GROSS RECEIPTS: $1,000.00

Business expenses paid:

| Description | Amount |
| --- | --- |
| Apple - App | 22.00 |
| Apple - App | 11.00 |
| Apple - App | 14.00 |
| Apple - App | 3.00 |
| STAPLES - PRINTER & INK | 456.00 |

TOTAL EXPENSES: $506.00

NET PROFIT OR (LOSS) FOR MONTH: $494.00

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

13