# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
|     Kimberly Barthelmes | ) | Hearing Date  10/12/22 |
| | ) | Hearing Time@10:00am |
|     Kimberly Barthelmes | ) | Case No. 22-21083-TPA |
|         Debtor/Movant | ) | Chapter 13 |
|         v. | ) | Response due date: 9/06/22 |
| DYCK-O'NEAL, INC. | ) | RAB-1 |
|         Creditor/Respondent | ) | Filed under Local Bankr. |
| | ) | Rule 9013.4  6(a) |

## CERTIFICATE OF NO OBJECTION
## ON THE DEBTOR'S MOTION OBJECTING TO CLAIM OF
## DYCK-O'NEAL, INC.

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on 8/17/22_ has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon.  Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than _____9/06/22_____.


It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.


                                                                  Respectfully submitted,


                                                                   BURDELSKI LAW OFFICES

DATE__9/07/22                  __/s/Russell A. Burdelski, Esquire_____
                                                   R. Burdelski, Esquire PA I.D. # 72688
                                                   Burdelski Law Offices
                                                   1020 Perry Highway
                                                   Pittsburgh, PA 15237
                                                   Russ@BurdelskiLaw.com
                                                   (412) 366-1511